July 26, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

SOUTHWEST TEXAS ENVIRONMENTAL L.L.C., REGOR PROPERTIES L.L.C., KORDEL, INC. AND JEFFREY PITSENBERGER, Appellants

NO. 14-12-00116-CV                    V.

KEN  BIGHAM AND TRACY HOLLISTER, Appellees

_____

Today the Court heard the parties' joint motion to consolidate this cross-appeal from the judgment signed by the court below on October 27, 2011, into appeal No. 14-12-00084-CV.  Having considered the motion and found it meritorious, we grant the motion and consolidate No. 14-12-00084-CV and No. 14-12-00116-CV for all purposes. The issues, records, and documents filed in cause number 14-12-00116-CV are consolidated into cause number 14-12-00084–CV. The consolidated appeals shall proceed under appeal number 14-12-00084-CV, and appeal number 14-12-00116-CV is hereby **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.